FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR 27 P 3:30

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN LOFORTE** | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0115 |
| versus | * | |
| | * | SECT. B, MAG. (1) |
| **WHO DAT TOWING, INC.** | * | |
| and **JOSEPH DOMINO, INC.** | * | |
| | * | |

*************************************************************************

## MOTION FOR LEAVE TO FILE EXHIBITS

NOW INTO COURT, through undersigned counsel, comes Joseph C. Domino, Inc., who moves for leave to file the Affidavit of Gerald McNeill which was inadvertently omitted when Mover filed its Motion for Summary Judgment.

Respectfully submitted,

JEFFERSON R. TILLERY (#17831)
CHRISTOPHER S. MANN (#26397)
Jones, Walker, Waechter,
 Poitevent, Carrere & Denegre
201 St. Charles Ave., 47th Floor
New Orleans, LA 70170
504-582-8000
**Attorneys for Joseph C. Domino, Inc.**

DATE OF ENTRY
MAR 29 2000

N0488212.1

Fee____
Process____
X Dktd____
CtRmDep____
Doc.No. 6

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the United States mail, properly addressed and postage prepaid, this 27th day of March, 2000.

_[signature]_

N0488212.1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN LOFORTE** | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0115 |
| versus | * | |
| | * | SECT. B, MAG. (1) |
| **WHO DAT TOWING, INC.** | * | |
| **and JOSEPH DOMINO, INC.** | * | |
| | * | |

*************************************************************************

## O R D E R

Considering the motion of Joseph C. Domino, Inc. for leave to file exibits,

IT IS HEREBY ORDERED that Joseph C. Domino, Inc.'s Motion for Leave to File Exhibits is hereby granted. *and the attached affidavit will be considered as Exhibit A to the motion for summary judgment (Doc. 5) provided that movant file the original affidavit on or before April 7, 2000.*

NEW ORLEANS, LOUISIANA, this the 28th day of March, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE

N0488212.1