FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR 19 P 2:26

LORETTA G. WHYTE

MINUTE ENTRY
LEMELLE, J.
18 APRIL 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA         00-0115

There **WILL** be oral argument on **APRIL 24, 2000** at **9:00 A.M.** in the following cases:

99-1564   Bombardier v. Hammond Boating, Inc.
          -Plaintiff's motion for partial summary judgment (27)

99-3732   Skyline v. Marion
          -Plaintiff's motion to remand (2)

There will **NOT** be oral argument on **APRIL 24, 2000** in the following cases:

97-0318   Midstream
          -Suisse-Atlantique's motion to serve 3rd-party
           defendant (201)

97-1642   Rogers, et al v. Samedan Oil
          -Steadfast's motion for summary judgment (246)

98-3249   Board of Commissioners v. NPR, Inc.
          -Plaintiff's motion to lift stay & reopen (29)

98-3784   Byes v. Equifax Credit
          -Plaintiff's motion to extend settlement period (34)

99-1729   Ochsner v. Fertsch
          -Americas Int'l's motion to clarify (47)

DATE OF ENTRY
APR 20 2000

Fee_____
Process_____
X /Dktd_____
  /CtRmDep_____
  Doc.No._____

| | |
|---|---|
| 99-2256 | Ciaccio v. McDermott<br>-Defendant's motion to exclude testimony (31) |
| 99-3448 | Cuneo v. Nicolaus Paper, et al<br>-Valentine's motion to dismiss (10) |
| 99-3659 | Vigreux v. USPS<br>-Defendant's motion to substitute USA for USPS and to dismiss (2) |
| 99-3803 | Johnson v. Tenet Health Systems<br>-Defendant's motion to stay (8) |
| 00-0115 | Loforte v. Who Dat Towing, et al<br>-J. Domino's motion for summary judgment (5) |
| 00-0578 | Jones v. Terrebonne<br>-Defendant's motion to dismiss (4) |

_____
UNITED STATES DISTRICT JUDGE