```
            FILED
       U.S. DISTRICT COURT
     EASTERN DISTRICT OF LA

     2000 MAY -4  A 9:19

        LORETTA G. WHYTE
             CLERK
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN LOFORTE | CIVIL ACTION |
| VERSUS | NO. 00-0115 |
| WHO DAT TOWING, INC. AND JOSEPH DOMINO, INC. | SECTION "B"(1) |

## ORDER AND REASONS

This matter is before the Court for consideration of Joseph Domino, Inc.'s ("JDI") motion for summary judgment. JDI contends that it is entitled to summary judgment on the basis that plaintiff can assert no claim against it for negligence under the Jones Act, for maintenance and cure under general maritime law, or for unseaworthiness since it was not plaintiff's employer nor was it the owner, operator, charterer, or controller of the vessel M/V SCOT B upon which plaintiff claims to have been injured. Though the date for hearing has passed, plaintiff has failed to file any opposition or reply to this motion.

DATE OF ENTRY
MAY 4 2000



Having considered the motion, the memorandum, and the law, the Court finds JDI's motion to have merit. The unrefuted statement of uncontested facts supports JDI's contention that it did not employ plaintiff or otherwise own, operate, charter or control the M/V SCOT B. Therefore, as a matter of law, plaintiff can not have a claim against JDI under the Jones Act or under general maritime law as asserted by JDI in its motion. Accordingly,

**IT IS ORDERED** that Joseph Domino, Inc.'s motion for summary judgment (Doc. 5) is **GRANTED** and plaintiff's claims pursuant to the Jones Act and general maritime law against this defendant are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 3rd day of May, 2000.

IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE