

MINUTE ENTRY
LEMELLE, J.
MAY 30, 2000

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN LOFORTE | CIVIL ACTION |
| VERSUS | NO. 00-0115 |
| WHO DAT TOWING, INC. | SECTION "B" ( 1 ) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**IT IS ORDERED** that Ronna Marie Steele, counsel for plaintiff in the above-captioned matter, appear before the undersigned on June 7, 2000 at 9:00 a.m. to show cause why this action should not be dismissed for failure to comply with the Preliminary Pretrial Conference scheduling order, by not being available for said conference on May 30, 2000 at 11:00 a.m. (Rec. Doc. #10).

_____
**IVAN L.R. LEMELLE**
**UNITED STATES DISTRICT JUDGE**

DATE OF ENTRY
JUN 0 1 2000

___ FEE _____
___ PROCESS _____
_X_ DOCKET _____
___ CTRM DEP _____
DOCUMENT NO. _11_