UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN LOFORTE | CIVIL ACTION |
| VERSUS | NO. 00-0115 |
| WHO DAT TOWING, INC. | SECTION "B" (1) |

WEDNESDAY, JUNE 7, 2000 AT 9:00 A.M.
JUDGE IVAN L.R. LEMELLE PRESIDING

Courtroom Deputy:  Audry E. Steward
Court Reporter:  Vic DiGiorgio

ORAL ARGUMENT

Ronna Marie Steele, counsel for plaintiff, to show cause why this action should not be dismissed (doc. #11).

APPEARANCES:    Ronna M. Steele, Counsel for Plaintiff

Case called; all present and ready.
Counsel appear for the record.
For reasons orally stated on the record, IT IS ORDERED that the show cause order has been satisfied. A Preliminary Conference was rescheduled for later today.
Court adjourned at 9:15 a.m.

DATE OF ENTRY
JUN 0 7 2000

Fe.
Process
X  Dktd
   CtRmDep
Doc.No. 13