FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG -4 AM 8:41

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
SHUSHAN, M.J.
AUGUST 3, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN LOFORTE | CIVIL ACTION |
| VERSUS | NO: 00-0115 |
| WHO DAT TOWING, INC., ET AL | SECTION: "B"(1) |

Before the court is the motion of the plaintiff, John Loforte, to enlarge the time for completion of discovery and submission expert reports. The pretrial conference in this matter is set for September 20, 2000, and the trial is set for October 17, 2000. The plaintiff represents that in response to an attempt to schedule the deposition of the defendant, counsel for the plaintiff was told by counsel for the defendant that one of its principals, Byron Badeaux, had died, so the deposition could not be scheduled "in the near future" and that the trial may have to be postponed.

Pursuant to the scheduling order the plaintiff's expert report was due 90 days before the pretrial conference or approximately June 20, 2000. The plaintiff did not initiate the request for the deposition of the defendant until after the expiration of this deadline.

DATE OF ENTRY
AUG 0 4 2000

Fee____
Process____
X/Dktd____
✓ CtRmDep____
Doc.No.____

In consideration of the foregoing, it is ORDERED that the deadline for completion of discovery is extended to September 10, 2000, the plaintiff's deadline for the submission of any reports of experts is August 25, 2000, and the defendant's deadline for the submission of any reports of experts is September 15, 2000.

```
_____
         SALLY SHUSHAN
    United States Magistrate Judge
```