FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG 23 PM 1:42

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN LOFORTE** | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0115 |
| versus | * | |
| | * | SECT. B, MAG. (1) |
| **WHO DAT TOWING, INC.** | * | |
| **and JOSEPH DOMINO, INC.** | * | |
| | * | |

****************************************************************

## UNOPPOSED MOTION TO CONTINUE TRIAL

Trial in this matter is currently set for October 17, 2000. The deadline for discovery to be completed is September 10, 2000.

The defendant, Who Dat Towing, Inc. is a small "mom and pop" towing operation that operates one vessel, the M/V SCOT B, on the Mississippi River. On July 10, 2000, Byron Badeaux, the principal owner of Who Dat Towing, Inc., unexpectedly passed away. Mr. Badeaux's widow, Phyllis Badeaux, has now been thrust into the role as owner of the company. In addition to coping with the unexpected death of her husband, Mrs. Badeaux now finds herself in an unfamiliar role as owner and operator of the towing company.

Due to these developments, defendant requests a continuance of the trial date in this matter. Counsel for plaintiff does not object to the trial date being continued subject to two conditions. The first condition is the takikng of the deposition of Captain

N0550665.1   DATE OF ENTRY AUG 25 2000   - 1 -



Richard Hebert, which has now been set for August 30, 2000. The second condition is that Who Dat Towing agrees to schedule this case for mediation prior to the new trial date. Who Dat Towing has agreed to this request as well. Therefore, this motion for continuance of the trial date is unopposed.

Respectfully submitted,

JEFFERSON R. TILLERY (BAR NO. 17831)
CHRISTOPHER S. MANN (BAR NO. 26397)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, LA 70170-5100
Telephone: (504) 582-8000
**Attorneys for Defendant,
Who Dat Towing, Inc.**

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record by depositing a copy of same in the United States Mail, properly addressed, postage prepaid, this 22nd day of August, 2000.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN LOFORTE** | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0115 |
| versus | * | |
| | * | SECT. B, MAG. (1) |
| **WHO DAT TOWING, INC.** | * | |
| **and JOSEPH DOMINO, INC.** | * | |
| | * | |

*************************************************************************

## ORDER

Considering the above and foregoing Unopposed Motion to Continue Trial;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the final pretrial conference and trial in the above captioned matter are hereby continued and that a Joint Motion For A Preliminary Conference pretrial and new trial dates be filed by counsel no later than October 28, 2000. Further, the clerk of court will close this matter for statistical purposes only without prejudice to either parties right to proceed with ongoing pretrial discovery work, including the deposition of the Captain on August 30, 2000 and mediation on a date to be selected by parties prior to any new trial date.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE

8/24/00