UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN LOFORTE | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0115 |
| | * | |
| WHO DAT TOWING, INC. AND | * | SECTION "B" |
| JOSEPH DOMINO, INC. | * | MAGISTRATE 1 |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR LEAVE OF COURT TO FILE
PLAINTIFF'S FIRST SUPPLEMENTAL AND AMENDING WITNESS LIST**

NOW INTO COURT, in proper person, comes Ronna M. Steele, who seeks leave of court to file the attached Plaintiff's First Supplemental and Amending Witness List.

Respectfully Submitted,

_____
RONNA M. STEELE (#20006)
301 Huey P. Long Avenue
Suite 200
Gretna, LA 70053
(504) 361-4433
Fax: (504) 361-8288

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading was served upon all counsel of record this 24th day of August, 2000, by placing a copy of same in the US Mail, postage prepaid, properly addressed.

_____
RONNA M. STEELE

DATE OF ENTRY
SEP 1 1 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN LOFORTE | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0115 |
| | * | |
| WHO DAT TOWING, INC. AND | * | SECTION "B" |
| JOSEPH DOMINO, INC. | * | MAGISTRATE 1 |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE OF COURT TO FILE PLAINTIFF'S FIRST SUPPLEMENTAL AND AMENDING WITNESS LIST

MAY IT PLEASE THE COURT:

Plaintiff herein respectfully requests permission to supplement and amend his original witness list to add the names of two neighbors and Plaintiff's former wife who will act as fact witnesses. These individuals will testify regarding the extent of Plaintiff's injury, his condition before and after the accident and the effect of the injury on Plaintiff's daily life. Defense counsel has listed the name of another neighbor, Dale Grabert, as a fact witness.

Trial is currently scheduled to take place on October 17, 2000, but undersigned counsel has been notified that Defendant intends to seek a continuance of the trial due to the death of the proprietor of Who Dat Towing, Inc. Accordingly, Plaintiff submits that no prejudice to defendant should result from the addition of witnesses to Plaintiff's witness list.

Respectfully Submitted,

_____
RONNA M. STEELE (#20006)
301 Huey P. Long Avenue
Suite 200
Gretna, LA   70053
(504) 361-4433
Fax: (504) 361-8288

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading was served upon all counsel of record this 24th day of August, 2000, by placing a copy of same in the US Mail, postage prepaid, properly addressed.

_____
RONNA M. STEELE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN LOFORTE | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0115 |
| WHO DAT TOWING, INC. AND | * | SECTION "B" |
| JOSEPH DOMINO, INC. | * | MAGISTRATE 1 |

******************************************

## ORDER

CONSIDERING THE FORGOING MOTION:

IT IS HEREBY ORDERED that Plaintiff be granted leave of Court to file Plaintiff's First Supplemental and Amending Witness List.

New Orleans, Louisiana, this 8 day of September, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE