

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN LOFORTE | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0115 |
| versus | * | |
| | * | SECT. B, MAG. (1) |
| WHO DAT TOWING, INC. | * | |
| and JOSEPH DOMINO, INC. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO WITHDRAW PREVIOUSLY SUBMITTED MOTION FOR PARTIAL SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes defendant, Who Dat Towing, Inc., who respectfully moves by agreement of the parties to withdraw its previously filed Motion for Partial Summary Judgment seeking dismissal of claim for maintenance and cure and/or Motion to Dismiss and to remove the scheduled hearing of this motion from the Court's docket.

Defendant, Who Dat Towing, Inc. reserves the right to reurge this motion at a

N0555039.1





future date.

Respectfully submitted,

_____
JEFFERSON R. TILLERY (BAR NO. 17831)
CHRISTOPHER S. MANN (BAR NO. 26397)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, LA 70170-5100
Telephone: (504) 582-8000
**Attorneys for Defendant,
Who Dat Towing, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record by depositing a copy of same in the United States Mail, properly addressed, postage prepaid, this  30  day of August, 2000.

_____

N0555039.1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN LOFORTE** | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0115 |
| versus | * | |
| | * | SECT. B, MAG. (1) |
| **WHO DAT TOWING, INC.** | * | |
| and **JOSEPH DOMINO, INC.** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

O R D E R

Considering the above and foregoing motion,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion to Withdraw Previously Submitted Motion for Partial Summary Judgment, by agreement of parties, and to remove the scheduled hearing of this motion from the Court's docket be and the same is hereby granted.

NEW ORLEANS, LOUISIANA, this the _8th_ day of _September_, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE

N0555039.1