

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2000 OCT 25 PM 1: 25
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| JOHN LOFORTE | * | CIVIL ACTION NO. 00-0115 |
| | * | 00-115 |
| VERSUS | * | SECTION B |
| | * | |
| WHO DAT TOWING, INC. AND | * | MAGISTRATE (1) |
| JOSEPH DOMINO, INC. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### JOINT MOTION FOR STATUS CONFERENCE TO SCHEDULE TRIAL AND NEW CUTOFF DATES

NOW INTO COURT, through undersigned counsel, come Plaintiff, John Loforte and Defendant, Who Dat Towing, Inc., who respectfully move this Honorable Court to schedule a conference for the purpose of establishing a new trial date and new cutoff dates in this matter. Trial of this case was previously scheduled, but was continued without date.

Respectfully submitted,

_____
Ronna M. Steele (#20006)
301 Huey P. Long Avenue
Gretna, Louisiana 70053
(504) 361-4433
(504) 361-8288 (fax)

ATTORNEY FOR JOHN LOFORTE

_____
Jefferson R. Tillery (#17831)
Christopher S. Mann (#26397)
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170
(504) 582-8000

ATTORNEYS FOR WHO DAT TOWING, INC.

DATE OF ENTRY
OCT 2 6 2000

___ Fee
___ Process
X Dktd
___ CtRmDep
___ Doc.No. 28

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading was served upon all counsel of record this _24th_ day of October, 2000, by placing a copy of same in the US Mail, properly addressed, postage prepaid.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN LOFORTE | * | CIVIL ACTION NO. 00-0115 |
| VERSUS | * | SECTION B |
| WHO DAT TOWING, INC. AND JOSEPH DOMINO, INC. | * | MAGISTRATE (1) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing:

IT IS HEREBY ORDERED that a Conference for the purpose of choosing a new trial date and new cutoff dates is scheduled to take place at 11:00 a.m. on the 14th day of November, 2000.

NEW ORLEANS, LOUISIANA, this 26th day of October, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE