**Forward to Assigned Magistrate Judge**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2000 DEC 27 PM 3: 09
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| JOHN LOFORTE | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0115 |
| | * | |
| WHO DAT TOWING, INC. AND | * | SECTION "B" |
| JOSEPH DOMINO, INC. | * | MAGISTRATE 1 |
| | * | |

******************************************

## MOTION FOR ENLARGEMENT OF TIME TO SUBMIT EXPERT REPORTS

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, John Loforte, and moves this Honorable Court for entry of an order enlarging the time for submission of expert reports on the grounds set forth in the attached supporting memorandum.

Counsel for defense has been contacted and has no objection to this motion.

Respectfully submitted,

_____
Ronna M. Steele (#20006)
301 Huey P. Long Avenue
Gretna, Louisiana 70053
(504) 361-4433
(504) 361-8288 (fax)

DATE OF ENTRY
JAN 0 3 2001

Fee_____
Process___
X Dktd_____
_ CtRmDep__
Doc.No. 30

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the above and foregoing pleading was served upon all counsel of record this 27th day of December, 2000, by placing a copy of same in the US Mail, properly addressed, postage prepaid.

            _____
            RONNA M. STEELE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN LOFORTE | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0115 |
| | * | |
| WHO DAT TOWING, INC. AND | * | SECTION "B" |
| JOSEPH DOMINO, INC. | * | MAGISTRATE 1 |
| | * | |

*****************************************

## O R D E R

**CONSIDERING THE FOREGOING:**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that plaintiff's Motion for Enlargement of Time for Submitting Expert Reports is hereby granted. All parties in this action may submit expert reports until January 17, 2001.

New Orleans, Louisiana this 2 day of January, 2000.

_____
UNITED STATES ~~DISTRICT~~ Magistrate JUDGE

Respectfully submitted,

_____
Ronna M. Steele (#20006)
301 Huey P. Long Avenue
Gretna, Louisiana 70053
(504) 361-4433
(504) 361-8288 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading was served upon all counsel of record this 27th day of December, 2000, by placing a copy of same in the US Mail, properly addressed, postage prepaid.

*Ronna M. Steele*
RONNA M. STEELE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN LOFORTE | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0115 |
| | * | |
| WHO DAT TOWING, INC. AND | * | SECTION "B" |
| JOSEPH DOMINO, INC. | * | MAGISTRATE 1 |
| | * | |

******************************************

## MEMORANDUM IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME FOR SUBMISSION OF EXPERT REPORTS

**MAY IT PLEASE THE COURT:**

Plaintiff, John Loforte, respectfully urges the Court to grant his motion for enlargement of time to submit expert reports. Plaintiff's expert, Captain Davenport, has died. Accordingly, the time for submission of expert reports should be enlarged.

Respectfully submitted,

*(signature)*

Ronna M. Steele (#20006)
301 Huey P. Long Avenue
Gretna, Louisiana 70053
(504) 361-4433
(504) 361-8288 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading was served upon all counsel of record this 27th day of December, 2000, by placing a copy of same in the US Mail, properly addressed, postage prepaid.

_____
RONNA M. STEELE