FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 25 AM 8: 47

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**JANUARY 24, 2001**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN LOFORTE | CIVIL ACTION |
| versus | NUMBER 00-0115 |
| WHO DAT TOWING, INC., ET AL. | SECTION "B" (1) |

A settlement conference is scheduled in the above-captioned case on Wednesday, February 14, 2001 at 2:15 P.M. before Magistrate Judge Sally Shushan, located at 501 Magazine Street, Room B-345, New Orleans, Louisiana.

**On or before February 12, 2001**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced,** briefly outlining any liability dispute, the damages, the value of the case and what realistic amount the respective party would be willing to offer/accept to settle this matter. **The letter/memorandum may be faxed directly to my chambers at 504-589-4994. All counsel are to have access to someone with full settlement authority.**

SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JAN 25 2001

Fee_____
Process_____
X Dktd_____
___CtRmDep
Doc.No. 31