FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 25 PM 3:50

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN LOFORTE** | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0115 |
| versus | * | |
| | * | SECT. B, MAG. (1) |
| **WHO DAT TOWING, INC.** | * | |
| **and JOSEPH DOMINO, INC.** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION AND INCORPORATED MEMORANDUM IN SUPPORT FOR EXPEDITED HEARING OR, IN THE ALTERNATIVE, FOR EXTENSION OF PRE-TRIAL CUTOFF DATES

**NOW INTO COURT**, through undersigned counsel, comes defendant, Who Dat Towing, Inc., who respectfully requests that this Honorable Court grant an expedited hearing on defendant's Motion in Limine to exclude the testimony of Captain C. R. Davenport, plaintiff's purported safety expert, for the reasons set forth below.

Trial in this matter is currently set for March 26, 2001. On November 14, 2000, this Court issued a Minute Entry setting all pre-trial deadlines including a requirement that motions in limine regarding the admissibility of expert testimony "be filed and served in sufficient time to permit hearing thereon, no later than 45 days prior to the trial date." Pursuant to this deadline, defendant's Motion in Limine regarding the admissibility of Captain Davenport's testimony must be heard on or before February 9, 2001. However, the next available hearing date is February 21, 2001. Defendant respectfully requests that this Court grant its Motion for Expedited Hearing so that this

DATE OF ENTRY   JAN 2 9 2001

matter may be heard timely in compliance with the Court's deadlines.

In the alternative, if the Court should decide not to grant an expedited hearing on defendant's motion, defendant respectfully moves this Court to extend the 45 day requirement concerning hearings on motions in limine regarding the admissibility of expert testimony up to and including February 21, 2001, the next available hearing date. This extension would not prejudice the parties in any way, nor would it interfere with any other court ordered deadlines. The request for extension would allow hearing on this matter over two weeks prior to the Final Pre-Trial Conference and over 30 days prior to the scheduled trial date.

                                        Respectfully submitted,

                                        _____
                                        JEFFERSON R. TILLERY (BAR NO. 17831)
                                        CHRISTOPHER S. MANN (BAR NO. 26397)
                                        Jones, Walker, Waechter, Poitevent,
                                        Carrère & Denègre, L.L.P.
                                        201 St. Charles Avenue, 48th Floor
                                        New Orleans, LA 70170-5100
                                        Telephone: (504) 582-8000
                                        **Attorneys for Defendant,**
                                        **Who Dat Towing, Inc.**

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record by depositing a copy of same in the United States Mail, properly addressed, postage prepaid, this <u>25th</u> day of January, 2001.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN LOFORTE | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0115 |
| versus | * | |
| | * | SECT. B, MAG. (1) |
| WHO DAT TOWING, INC. | * | |
| and JOSEPH DOMINO, INC. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>O R D E R</u>

Considering the above and foregoing,

IT IS ORDERED that Defendant's Motion for Expedited Hearing is hereby ~~to exclude Copt. Prevenpst's testimony~~ GRANTED. Defendant's motion will be heard on the __7__ day of February, 2001 at __9__ o'clock a.m. Plaintiff opposition memo shall be due by Feb. 6, 2006. There will be no oral argument at that time.

~~IT IS FURTHER ORDERED that Defendant's Motion for Extension of Pre-Trial deadlines is hereby moot and is therefore denied.~~

NEW ORLEANS, LOUISIANA, this the __26th__ day of __Jan__, 2001.

_____
UNITED STATES DISTRICT COURT JUDGE