UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN LOFORTE | * | CIVIL ACTION NO. 00-0115 |
| | * | |
| VERSUS | * | SECTION B |
| | * | |
| WHO DAT TOWING, INC. AND | * | MAGISTRATE (1) |
| JOSEPH DOMINO, INC. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### UNOPPOSED MOTION TO CONTINUE TRIAL

NOW INTO COURT, through undersigned counsel, comes Plaintiff, JOHN LOFORTE, who respectfully moves this Honorable Court to continue the trial on the merits of this matter which is currently scheduled to take place on March 26, 2001. Undersigned counsel has contacted the attorney for the Defendants and he has indicated he has no opposition to this Motion.

Respectfully submitted,

_____
Ronna M. Steele (#20006)
301 Huey P. Long Avenue
Gretna, Louisiana 70053
(504) 361-4433
(504) 361-8288 (fax)

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading was served upon all counsel of record this 6th day of February, 2001 by placing a copy of same in the US Mail, properly addressed, postage prepaid.

DATE OF ENTRY
FEB 0 9 2001

_____

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
Doc.No. 35

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN LOFORTE | * | CIVIL ACTION NO. 00-0115 |
| VERSUS | * | SECTION B |
| WHO DAT TOWING, INC. AND JOSEPH DOMINO, INC. | * | MAGISTRATE (1) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

CONSIDERING THE FOREGOING UNOPPOSED MOTION TO CONTINUE TRIAL, is hereby ordered that the trial *and pretrial* in the above-captioned matter be and *are* hereby continued and that a Preliminary Conference to select a new trial *and pretrial* date*s* is hereby scheduled to take place at 10:30 a.m./~~p.m.~~ on the 13th day of March, 2001.

NEW ORLEANS, LOUISIANA, this 7th day of February, 2001.

_____
UNITED STATES DISTRICT JUDGE