FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 FEB -6 PM 1:02
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN LOFORTE | * | CIVIL ACTION NO. 00-0115 |
| | * | |
| VERSUS | * | SECTION B |
| | * | |
| WHO DAT TOWING, INC. AND JOSEPH DOMINO, INC. | * | MAGISTRATE (1) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

MOTION TO ESTABLISH NEW CUTOFF DATES

NOW INTO COURT, through undersigned counsel, comes Plaintiff, JOHN LOFORTE, who respectfully moves this Honorable Court to establish new cutoff dates, particularly for the submission of expert reports, for the reasons more specifically states in the attached memorandum.

Respectfully submitted,

[signature]

Ronna M. Steele (#20006)
301 Huey P. Long Avenue
Gretna, Louisiana 70053
(504) 361-4433
(504) 361-8288 (fax)

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading was served upon all counsel of record this 6th day of February, 2001, by placing a copy of same in the US Mail, properly addressed, postage prepaid.

[signature]

DATE OF ENTRY
FEB 13 2001

Fee
Process
X Dktd
✓ CtRmDep
Doc.No. 36

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN LOFORTE | * | CIVIL ACTION NO. 00-0115 |
| | * | |
| VERSUS | * | SECTION B |
| | * | |
| WHO DAT TOWING, INC. AND JOSEPH DOMINO, INC. | * | MAGISTRATE (1) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

CONSIDERING THE FOREGOING, it is hereby ordered that the Cutoff Dates for the submission of Expert Reports be extended to the ______ day of __________, 2001.

NEW ORLEANS, LOUISIANA, this ______ day of __________________, 2001.

For reasons stated in the order of 2/8/01 and reasons, it is ordered that the instant motion is Granted in part and Denied in part.

2/12/01

______________________________________
UNITED STATES DISTRICT JUDGE