
cv



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 12 PM 4: 47

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN LOFORTE | CIVIL ACTION |
| VERSUS | NO. 00-115 |
| WHO DAT TOWING, INC.<br>JOSEPH DOMINO, INC. | SEC. "B"(1) |

### ORDER AND REASONS

Before the Court is Defendant Who Dat Towing, Inc.'s Motion in Limine. Also before the Court is the Plaintiff's Motion to Establish New Cutoff Dates. The defendant's Motion seeks to exclude the testimony and expert reports of the Plaintiff's expert Captain C.R. Davenport. Plaintiff's counsel has advised the court that Captain Davenport has died. Therefore, the defendant's motion is moot.

The plaintiff also requests additional time to find another expert. Rule 702 of the Federal Rules of Evidence governs the admissibility of expert testimony. The rule provides:

> If scientific, technical, or other specialized knowledge will assist the trier of fact to understand the evidence or to determine a fact in issue, a witness qualified as an expert by knowledge, skill,

DATE OF ENTRY

FEB 13 2001



experience, training, or education, may testify thereto in the form of an opinion or otherwise.

Fed. Rule of Evidence 702 (West 2001).

Captain Davenport was to be used by the plaintiff to "assist the trier of fact in understanding the common practices employed aboard barges and tugs." The information the plaintiff seeks to provide through the expert can be provided through fact witnesses in the case and is not scientific, technical, or other specialized knowledge. If defendant has an expert witness regarding "common practices," said expert will also be excluded as a witness unless the parties show, in detail, how expert opinion testimony in this area will assist the trier of fact. Accordingly,

**IT IS ORDERED** that Defendant Who Dat Towing, Inc.'s Motion in Limine is hereby **DISMISSED as MOOT**.

**IT IS FURTHER ORDERED** that the Plaintiff John Loforte's Motion to Extend Pre-Trial Deadlines is **DENIED** relative to a "common practices" expert and **GRANTED** relative to medical experts.

New Orleans, Louisiana, this \_\_\_8th\_\_\_ day of February, 2001.

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE