

**MINUTE ENTRY**
**LEMELLE, J.**
**February 12, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN LOFORTE | CIVIL ACTION |
| VERSUS | NO. 00-115 |
| WHO DAT TOWING, INC. JOSEPH DOMINO, INC. | SEC. "B"(1) |

The above captioned case was administratively closed on August 24, 2000.  The Court has been advised that the parties have not settled this matter.  Accordingly,

**IT IS ORDERED** that the above captioned case is **REOPENED** for reporting purposes.

                                                                         _____
                                                                         IVAN L.R. LEMELLE
                                                                         UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
FEB 1 4 2001

___ Fee
___ Process
 X  Dktd
___ CtRmDep
Doc.No. 38