```
                                    FILED
                              U.S. DISTRICT COURT
                              EASTERN DISTRICT OF LA

                              2001 FEB 14  AM 9:13

                                LORETTA G. WHYTE
                                     CLERK
```

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**FEBRUARY 13, 2001**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN LOFORTE | CIVIL ACTION |
| versus | NUMBER: 00-0115 |
| WHO DAT TOWING, INC., ET AL. | SECTION "B" (1) |

At the request of counsel, the settlement conference scheduled before the undersigned Magistrate Judge on Wednesday, February 14, 2001 is Canceled. The parties are to contact the undersigned Magistrate Judge's chambers to schedule a settlement conference following the selection of a new trial date.

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
FEB 1 4 2001

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
     Doc.No. 39