FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 30 PH 12: 05

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN LOFORTE | * | CIVIL ACTION |
| | * | |
| | * | NO.  00- 0115 |
| versus | * | |
| | * | SECT. B, MAG. (1) |
| WHO DAT TOWING, INC. | * | |
| and JOSEPH DOMINO, INC. | * | |
| | * | |

**************************************************************************

## WHO DAT TOWING, INC.'S AMENDED WITNESS LIST

**NOW INTO COURT,** through undersigned counsel, comes Who Dat Towing, Inc.

who submits the following Amended Witness and Exhibit Lists:

### I.

#### Witnesses

Who Dat Towing, Inc. may call the following witnesses at trial of this matter:

1.    Michelle Guin, Claims Specialist with
      State Farm Mutual Automobile Insurance Co.

2.    Robert S. Toale

3.    Dr. Robert Steiner

### II.

#### Exhibits

Who Dat Towing, Inc. may introduce the following exhibits at trial of this matter:

N0646767.1

Fee
Process
X Dktd
CtRmDep
Doc.No.

1.    State Farm Insurance Company's Claims File
      related to plaintiff's accident of September 26, 1998.

Respectfully submitted,

JEFFERSON R. TILLERY (BAR NO. 17831)
CHRISTOPHER S. MANN (BAR NO. 26397)
Jones, Walker, Waechter, Poitevent,
      Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, LA 70170-5100
Telephone: (504) 582-8000
**Attorneys for Defendant,**
**Who Dat Towing, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record by depositing a copy of same in the United States Mail, properly addressed, postage prepaid, this 3 day of March, 2001.

N0646767.1