FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 APR -5 PM 3: 01

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**APRIL 5, 2001**

## UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN LOFORTE | CIVIL ACTION |
| versus | NUMBER 00-0115 |
| WHO DAT TOWING, INC. | SECTION  "B" (1) |

A settlement conference is scheduled in the above-captioned case on **Thursday, May 3, 2001 at 9:00 A.M.** before Magistrate Judge Sally Shushan, located at 501 Magazine Street, Room B-345, New Orleans, Louisiana.

**On or before May 1, 2001**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, briefly outlining any liability dispute, the damages, the value of the case and what realistic amount the respective party would be willing to offer/accept to settle this matter.  **The letter/memorandum may be faxed directly to my chambers at 504-589-4994.  All counsel are to have access to someone with full settlement authority.**

**SALLY SHUSHAN**
**UNITED STATES MAGISTRATE JUDGE**

DATE OF ENTRY
APR 0 5 2001

____Fee_____
____Process____
X  /Dktd _____
  CtRmDep_____
  Doc.No.__42___