```
         FILED
    U.S. DISTRICT COURT
   EASTERN DISTRICT OF LA

   2001 MAY -3  PM 2: 37

     LORETTA G. WHYTE
          CLERK
```

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**MAY 3, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN LOFORTE** | **CIVIL ACTION** |
| versus | **NUMBER 00-0115** |
| **WHO DAT TOWING, INC.** | **SECTION "B" (1)** |

A settlement conference was held this date.

Present:

Ronna M. Steele, for the plaintiff;
Christopher S. Mann, for the defendant;

Settlement discussions are ongoing.

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
MAY 0 3 2001