

**MINUTE ENTRY**
**LEMELLE, J.**
**MAY 17, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN LOFORTE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-115** |
| **WHO DAT TOWING, INC.** **JOSEPH DOMINO, INC.** | **SEC. "B"(1)** |

### TRIAL PREPARATION ORDER

On this date, the Court held the final pre-trial conference in this matter with the following counsel in attendance: Ronna Steele for the plaintiff and Christopher Mann for the defendant. The following items were discussed, determined and **ORDERED**:

(1) All contested issues of law shall be briefed in pre-trial memoranda and submitted with proposed findings of fact and conclusions of law, which shall be filed no later than **Monday, June 4, 2001**. Counsel shall submit an original and one copy of each to Chambers.



DATE OF ENTRY
MAY 21 2001

(2) The parties are encouraged to reach stipulations concerning the proposed testimony of some of the witnesses, particularly the expert witnesses i.e., economist. The stipulations will apply to the substance of the proposed testimony and not to the veracity of that testimony. Any stipulations should be submitted (with an original and one copy) to chambers on or before **Wednesday, June 6, 2001**.

(3) By **Monday, June 4, 2001**, counsel for all parties are to prepare and submit to the Court two (2) copies of a Joint Bench Book which shall contain:

(a) An index of all exhibits listing and numbering all exhibits sequentially and noting specific objections thereto. All unobjected to exhibits are to be listed first followed by the objected to exhibits. In a separate document to be submitted to the Court at the same time, the offering party must briefly respond to each objection in 2-3 sentences.

(b) All exhibits are to be included in the Joint Bench Book and tabbed. Each individual exhibit exceeding 5 pages in length shall be individually paginated.

(c) Each exhibit book shall be labeled with the name and telephone number of attorneys as well as the case and volume number on the outside.

(d) All Joint Bench Books shall be picked up by counsel no later than the first Friday after the completion of the trial, unless this matter is taken under advisement.

(4) Any discovery that will be used as an exhibit must be specifically identified; for example, the exact Interrogatory and corresponding Answer. Likewise, other documents such as regulations or portions of files must be specifically identified.

(5) If any video deposition is to be used at trial, the offering party must submit a copy of the transcript to this Court by **Wednesday, June 6, 2001**. Additionally, any video deposition must be edited so as to delete all objections and colloquy of counsel, and there shall be no "dead" video or audio spots in the video deposition. If the parties cannot amicably resolve all of the objections, the offering party must submit a transcript of the deposition to this Court by **Wednesday, June 6, 2001** with the disputed objections highlighted and the Court will promptly rule thereon so that the video deposition can be edited as described

3

prior to trial. A copy of the "clean" video deposition shall be submitted prior to trial.

(6) Any transcribed deposition testimony to be used at trial shall be submitted no later than **Wednesday, June 6,2001**. Again, all objections and colloquy shall be deleted and all offered testimony highlighted. In the absence of agreement on objections, counsel shall submit a copy of the deposition with a brief statement specifying the objection and reason therefore no later than **Wednesday, June 6,2001**, and the Court will promptly rule so that a copy of the "clean" deposition can be submitted by the aforesaid deadline.

(7) Any objections as to the admissibility of a document or the ability of a witness to testify based upon noncompliance with these deadlines shall be raised by written motion filed no later than **Monday, June 4, 2001**, with oppositions due no later than **Tuesday, June 5, 2001**. Counsel shall submit an original and one copy of each to Chambers.

(8) If the parties wish to bring any electronic equipment into the court for use during trial, they shall submit a letter to the Court no later than **Monday, June 4,2001**. Similarly, if the parties will need to use any Court equipment (*i.e.*, elmo, easel, x-ray box) for

displaying demonstratives or exhibits, they shall send a letter to the Court no later than **Monday, June 4, 2001** so that court personnel can determine if the equipment is available and make the necessary reservations.

(9)  Trial shall commence before the District Judge on **Monday, June 11, 2001 at 9:00 a.m.**

(10) The parties shall continue to pursue amicable resolution of this matter.

                                              IVAN L.R. LEMELLE  
                                    UNITED STATES DISTRICT JUDGE