UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN LOFORTE                                              CIVIL ACTION

VERSUS                                                    NO. 00-0115

WHO DAT TOWING, INC.                                      SECTION "B" (1)

TUESDAY, JUNE 12, 2001 AT 10:00 A.M.
JUDGE IVAN L.R. LEMELLE PRESIDING

Courtroom Deputy: Audry E. Steward
Court Reporter: David Zarek
NON-JURY TRIAL

APPEARANCES:    Ronna M. Steele and Lester J. Waldmann, for Plaintiff
                Jefferson R. Tillery and Christopher S. Mann, for Defendant

Case called; all present and ready.
Counsel appear for the record.
Sequestration order given by the Court.
Opening statements waived by counsel.
Plaintiff's witnesses: John Loforte, Dr. Wilmot F. Ploger - expert, sworn and testified.
Joint exhibits: 1 thru 19, offered and admitted.
Court recesses for lunch at 12:05 p.m.; court resumes at 1:15 p.m.
Settlement agreement read into record.
Court will issue 30-day conditional dismissal.
All exhibits returned to counsel.
Court adjourned at 1:30 p.m.



DATE OF ENTRY
JUN 12 2001



**SEE RECORD FOR EXHIBITS OR ATTACHMENTS NOT SCANNED**