FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUN 13 PM 4: 12

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN LOFORTE | CIVIL ACTION |
| VERSUS | NO. 00-115 |
| WHO DAT TOWING, INC.<br>JOSEPH DOMINO, INC. | SEC. "B"(1) |

### ORDER OF DISMISSAL

The Court has been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise, and assured that they need only to obtain final authority from principals, execute releases and agreements. Accordingly,

**IT IS ORDERED** that this action hereby is **DISMISSED** without cost and without prejudice to the right, upon good cause shown, within thirty (30) days, to seek summary judgment enforcing the compromise if it is not consummated by that time. With the consent of the parties, the Court retains jurisdiction over this action to enforce settlement if not timely consummated or if final settlement

DATE OF ENTRY
JUN 14 2001

authority is not obtained.

**PARTIES ARE WARNED THAT FAILURE TO TIMELY CONSUMMATE SETTLEMENT WITHIN THE THIRTY (30) DAY PERIOD SHALL LEAD TO THE IMPOSITION OF SANCTIONS AGAINST THE PARTY(S) FAILING TO COMPLY WITH THIS ORDER.**

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>**EVERY WITNESS**</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 13th day of June, 2001.

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

2